IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
JUL 2 7 2011
CLERK U.S. DIST...
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:11-CR-096 |
| Plaintiff, ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| ROBIN T. BROOKS, JR., ) | 18 U.S.C. § 2113(a) |
| ) | 18 U.S.C. § 924(c) |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Bank Robbery)

On or about May 13, 2011, in the Southern District of Iowa, the Defendant, ROBIN T. BROOKS, JR., by force, violence, and intimidation took from the person and in the presence of another money belonging to and in the care, custody, control, management, and possession of Tradesmen Community Credit Union, Des Moines, Iowa, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

This is a violation of Title 18 U.S.C., Section 2113(a).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
### (Possession of a Firearm in Furtherance of and Use and Carry in Relation to Crime of Violence)

On or about May 13, 2011, in the Southern District of Iowa, the Defendant, ROBIN T. BROOKS, did knowingly carry and use a firearm, that is a Ruger pistol, during and in relation to, and did knowingly possess that firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, bank robbery as charged in Count 1.

This is a violation of Title 18 U.S.C., Section 924(c).

**THE GRAND JURY FINDS:**

**(Notice of Forfeiture)**

Upon conviction for the offense alleged in Count 2 of this Indictment, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of that offense, including, but not limited to, the firearm and ammunition identified in this Indictment.

**A TRUE BILL.**

/s/
Foreperson


/s/ Nicholas A. Klinefeldt
Nicholas A. Klinefeldt
United States Attorney